# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA,
# ATLANTA DIVISION

| | |
|---|---|
| CHARLES REINHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>RETAIL PROPERTIES OF AMERICA, INC., GERALD M. GORSKI, BONNIE S. BIUMI, FRANK A. CATALANO, JR., STEVEN P. GRIMES, RICHARD P. IMPERIALE, PETER L. LYNCH, and THOMAS J. SARGEANT,<br><br>Defendants. | Civil Action No. 1:21-cv-04187-SCJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Charles Reinhardt ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

|  |  |
|---|---|
| Dated: January 31, 2022 | **WEISSLAW LLP** |
| | /s/ Michael A. Rogovin |
| | Michael A. Rogovin |
| | Georgia Bar No. 780075 |
| **OF COUNSEL:** | 476 Hardendorf Ave. NE |
| | Atlanta, GA 30307 |
| **LONG LAW, LLC** | Tel.: (404) 692-7910 |
| Brian D. Long | Fax: (212) 682-3010 |
| 3828 Kennett Pike, Suite 208 | mrogovin@weisslawllp.com |
| Wilmington, DE 19808 | -and- |
| Tel: (302) 729-9100 | Richard A. Acocelli |
| bdlong@longwade.com | 305 Broadway, 7th Floor |
| | New York, NY  10007 |
| | Telephone: 212/682-3025 |
| | Facsimile:  212/682-3010 |

*Attorneys for Plaintiff*